# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARY BARNETT,<br>　　　　Petitioner,<br>　v.<br>ROBERT FOX, Warden,<br>　　　　Respondent. | Case No. ED CV 17-00176 JLS (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: September 10, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE